No. 220, Misc. NICKENS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 408. WESTERN NATURAL GAS Co. *v.* CITIES SERVICE GAS Co.; and

No. 513. CITIES SERVICE GAS Co. *v.* WESTERN NATURAL GAS Co. Supreme Court of Delaware. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of these petitions. *E. Barrett Prettyman, Jr., Carroll L. Gilliam* and *Clair John Killoran* for petitioner in No. 408 and respondent in No. 513. *Conrad C. Mount, Charles V. Wheeler, Howard L. Williams, Harry S. Littman* and *Melvin Richter* for petitioner in No. 513 and respondent in No. 408. Reported below: 57 Del. ——, 201 A. 2d 164.

No. 127, Misc. ALLEN *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Frank J. Kelley*, Attorney General of Michigan, *Robert A. Derengoski*, Solicitor General, and *George E. Mason*, Assistant Attorney General, for respondent.

No. 170, Misc. PHERIBO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *H. Elliot Wales* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 233, Misc. WALDON *v.* CHAPPELL, CHAIRMAN, U. S. BOARD OF PAROLE, ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.